IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD HADLEY,

        Plaintiff,              No. CIV S-09-0542 GGH P

    vs.

CITY OF SAN BERNARDINO, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the filing fee or filed a request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendant(s) are located and the claim arose in San Bernardino County, which is in the Central District of California. Therefore, plaintiff's claim should have

1

| | |
|---|---|
| 1 | been filed in the United States District Court for the Central District of California.  In the interest |
| 2 | of justice, a federal court may transfer a complaint filed in the wrong district to the correct |
| 3 | district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974). |
| 4 | Accordingly, IT IS HEREBY ORDERED that: |
| 5 | 1. This matter is transferred to the United States District Court for the Central |
| 6 | District of California. |
| 7 | DATED: March 6, 2009 |

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
hadl0542.21a